Name and Prisoner/Booking Number: KIFA MuhAmmAd A.K.A. MArcus Johnson ATV 225

Place of Confinement: SANta Rita Jail

Mailing Address: 5325 Broder Blvd

City, State, Zip Code: Dublin, CA 94568

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**

APR 30 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

(Full Name of Plaintiff) KIFA MuhAmmAd,
Plaintiff,

v.

(1) SeAN Ross
(Full Name of Defendant)
(2) John Doe
(3) John Doe
(4) John Doe
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO: 2:21-CV 0776-_____CKD PC
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Stockton, CAlifornia

## B. DEFENDANTS

1. Name of first Defendant: _____. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Muhammad__ v. __CCA__
      2. Court and case number: __N/A   dont know__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __I dropped the case__

   b. Second prior lawsuit:
      1. Parties: __Muhammad__ v. __SAN Joaquin JAil__
      2. Court and case number: __N/A   don't know__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __I won the case__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

B. Defendants:

1) Defendant Sean Ross  Stockton Police Department

2) Defendants John Doe (1-3)  Stockton Police Department

3) Defendants City of Stockton

4) Defendant Wellpath Medical Department

5) Defendant John Doe work for Wellpath

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _See attached_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _See Attached_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I was not in jail but on the streets_

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _See Attached_

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _See Attached_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: _See Attached_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. _See attached_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: _See attached_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/26/21__
DATE

_[Signature]_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

1. KIFA Muhammad A.K.A. Marcus Johnson ATV 225
2. 5325 Broder Blvd
3. Dublin, CA 94568
4. In Pro Per

## COMPLAINT WITH JURY DEMAND

### Introduction:

This is a civil rights action filed by KIFA Muhammad, a state prisoner who is in the county jail, for damages under 42 U.S.C. 1983 alleging excessive use of force and denial of medical care in violation of the Eighth Amendment. The Fourth Amendment, the Due Process Clause of the Fourteenth Amendment. The plaintiff also alleges the torts of assault and battery and negligence. Emotional Injury; injuctive relief

### Jurisdiction:

1. The Court has jurisdiction over the plaintiff's claim of violation of federal constitutional rights under 42 U.S.C. 1331 (1) and 1343.
2. The Court has supplemental jurisdiction over the plaintiff's state law tort claims under 28 U.S.C. 1367.

### Parties:

3. The plaintiff, KIFA Muhammad, was on the streets during the events described in this complaint.
4. Defendants Sean Ross, John Doe, John Doe, John Doe are Stockton Police officers employed for the Stockton Police department. They are sued in their offical and individual capacity.

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ___ OF ___  [JDC TEMPLATE]

5 Defendant City of Stockton for sanctioning the use of excessive force, inadequate training and screening of police officers and alternatively for failing to adopt a policy precluding the use of excessive force. Sued in offical capacity

6 Defendant Wellpath is the medical department here at Santa Rita Jail and is generally responsible for ensuring provision of medical care to inmates and specifically for scheduling medical appointments outside the jail when a inmate need specialized treatment or evaluation. Sued in offical capacity.

7. Defendant John Doe is the Medical Administrator of Wellpath. Who is responsible for the ensuring safety of medical care to inmates here at the jail. This person oversees issues with the inmates care or look over specialized treatments or evaluations. Sued in his/her offical and individual capacities

8 All the defendants have acted and continue to act, under color of state law at all times relevant to this complaint.

Facts:

9 On or about September 20, 2019 plaintiff had got into a fight at work and was going home but instead went to his children cousin house. When he pulled up he seen a police car speed up to him, therefore, he got back into the car and left. It turned into a high speed chase and plaintiff car ended up being in a ditch. Plaintiff could barely responsively answer do to the fact, he had just wrecked into a ditch.

Misuse of Force:

10 Shortly after these events, defendants Sean Ross, 1 John Doe, 2 John Doe, 3 John Doe along with

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO.___ OF ___ [JDC TEMPLATE]

1. Other officers came to the car.
11. Plaintiff alleges that officers struck plaintiff without warning about the face and injuring plaintiff eye which left him with floaters in his eye.
12. It further alleges that at no time did plaintiff fail to comply with any commands given by officers, resist officers or strike or attempt to strike officers.
13 Officer Ross said "He called out for me to show my hands."
14 As he says "He didn't get a response he used his Rapid Containment Baton (RCB) to break out driver side front window."
15 As that was taking place Ross was also hitting plaintiff in the face with the RCB in his left eye leaving him with an Orbit fracture.
16 While at the same time officer Ross used RCB to break plaintiff foot and ankle called a Calcaneal fracture.
17. The blow to the head and foot which was so forceful that it scattered his right ankle into pieces and gave plaintiff head trauma.
18. The break from the window also left glass embedded in plaintiff face and eye.
19. Doing these events officers who were present at the scene did not stop the use of excessive force.
20. Even after Ross admitted about use of force to Sgt. Underwood plaintiff have not talk with anyone about it from the Stockton Police Department.
21 After the above-described assault, plaintiff was

TITLE OF DOCUMENT:_____  CASE NO.:_____

PAGE NO.___ OF___ [JDC TEMPLATE]

taken to SAN JOAQUIN General Hospital were plaintiff was put in a neck brace and placed in a cast on his right foot.

### Denial of Medical Care

22. I was brought to SANTA RITA JAIL on or about Oct. 7, 2020 and came here with foot, knee, eye and claustrophobic issues.

23. Medical here at Santa Rita Jail is under the company of Wellpath.

24. Plaintiff have filed many grievances dealing with his medical issues for example, grievance numbers, (20-3823 claustrophobic); (21-0452 ice for foot); (21-0027 foot not treated); (20-3870 medicine renewed) plus others.

25. Plaintiff came here needing surgery on his right foot with his foot being swollen all the time since the incident of 2019.

26. Plaintiff medication was changed and he was given Mobic for the pain and swelling of his foot.

27. In the event of that plaintiff blood pressure got as high as 160 over 100 and stayed that high.

28. The new Nurse Partitioner (N.P.) here said the doctors here should have known giving me Mobic and being on high blood pressure meds raises my blood pressure to high levels.

29. I was at the point to have a stroke or other issues being that high.

30. Plaintiff asked for ice packs to keep the swelling down which the outside foot doctor approved and put in for but medical here refused to give it to me.

31. The N.P. took me off Mobic and place me on tylenol only to lower my blood pressure.

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO.\_\_\_ OF \_\_\_ [JDC TEMPLATE]

32 Plaintiff have been took off of tylenol and don't get nothing for the pain or no ice packs.

33 Plaintiff have put in a number of medical requests for renewed ice and tylenol along with grievances and have been denied.

34 Plaintiff has been denied surgery on his foot here because the doctor has said its better if the state prison do it since in going back.

35 Therefore the doctor didn't want to do the work on it.

36 Wellpath have told me over and over if I don't agree with what they are doing I can grievance it. I have, but that don't change the pain in my foot.

37. For my knee the only thing I was given was a knee brace and they took an x-ray.

38. Plaintiff is claustrophobic and came with papers from the doctor in prison stating that.

39 Though Wellpath have not seen me about this issue when I got here I informed them about it. One N.P. came out and Plaintiff explained he needed papers from here showing he cannot be placed in small rooms or boarded cells without windows.

40. Since this is in plaintiff file it should been easy to handle. Nothing up into this day has been done.

41. Officers continue to try to place plaintiff in a unsafe position that he can't take. Plaintiff shows officers papers from the doctor but they say they need something from here.

42 Everytime plaintiff ask for names or who is in charge plaintiff never can get any names. This has been an ongoing problem.

43 Plaintiff is in great pain and his ankle is stiff and dont turn properly

44 On information and belief, if the plaintiff is not promptly provided with his surgery as the Doctor stated, he risks permanent disability.

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO.___ OF ___   [JDC TEMPLATE]

## Misuse of excessive force

45. Plaintiff alleges that the city of Stockton sanctioning the use of excessive force.

46. Do to the fact that plaintiff was hit in the face and foot and ankle broken clearly shows that the highly predictable consequence of a failure to train would result in the specific injuries suffered.

47. As well as the failure to train represented the moving force behind this constitutional violation

48. Officers intentionally or recklessly provoked a violent confrontation.

49. This would be news if the city was not aware of this event but this is a regular event that the city is aware of to often.

50. This has been a widespread practice although not authorized by written law or expressed policy.

51. It has been permanent and well established to constitute a custom that has been going on for years.

52. There have been many high speeds chases in Stockton in fair of them using excessive force. For example, the latest use of force wk on Devin Cater (17 years old) high speed chase. He was beat up by Stockton officers Michael Stiles and Omar Villapudua both fired.

53. The latest was in East Bay Times 4/4/21. John Burris Filed suit against City of Stockton and four Stockton officers.

54. Plaintiff case has not been an isolated incident but well known to the city of Stockton.

55. In fact, Chief Eric Jones of Stockton Police cited in East Bay Times (4/4/21) departmental policies

TITLE OF DOCUMENT:_____  CASE NO.: _____

PAGE NO. ___ OF ___  [JDC TEMPLATE]

56 "That state we should make attempts to avoid striking an arrestee around the head and neck area when possible."

57 This is very clear that there have been an ongoing problem with excessive force issues in Stockton.

58 Mayor Kevin Lincoln said "The use of excessive force is unacceptable and will not be condoned in Stockton...."

59 Clearly the city is aware of this problem which has been going on for years.

60. The city failed to train its officers has demonstrated a deliberate indifference to the rights of its inhabitants in the city.

61 They have provided its police officers with no training whatsoever on the use of force before deploying them into the public

62 If the city did train its police the procedures were inadequate. This is because the same thing keep happening.

63 You see a pattern of excessive force cases from high speed chases.

64. Plaintiff injuries and other arrestees incurred as a result of a widespread practice Stockton Police have been getting away with for years.

65 The course of conduct demonstrates the governing body's knowledge and acceptance of the disputed conduct.

66. After the above-described the City of Stockton has been aware of excessive force and this is not an isolated event.

Claims for Relief:

67 The actions of defendants Sean Ross, Doe 1-3, City of Stockton in the use of excessive force against the plaintiff without need or provocation or in failing to intervene to prevent the misuse of force, were done

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ___ OF ___ [JDC TEMPLATE]

maliciously and sadistically and constituted cruel and unusual punishment in violation of the 8th, 4th and Due Process Clause of 14th Amendments. Also well as Emotional Injury

68. The actions of defendants Ross, Doe 1-3 in using physical force against the plaintiff without need or provocation constituted the tort of assault and battery under the law of California.

69 The failure of defendants Wellpath and John Doe to give Adequate medical care, to plaintiff foot which constitutes deliberate indifference to the plaintiff's serious medical needs in violation of the 8th Amendment. Emotional Injury.

Relief Requested:

WHEREFORE, plaintiff requests that the court grant the following:

A Issue A declaratory judgment stating that:

1. The physical abuse of the plaintiff by defendants Ross, (John Doe 1-3) violated the plaintiff's rights under the 4th, 8th and Due process clause of 14th Amendments and constituted an assault and battery under state law.

2. Defendants (John Doe 1-3) failure to take action to curb the physical abuse of plaintiff violated his rights under 4th, 8th and Due Process Clause of 14th Amendments and constituted an assault and battery under state law.

3. Defendants Wellpath and John Doe actions in failing to provide adequate medical care for the plaintiff violated and continue to violate the plaintiff's right under the 8th Amendment.

B Issue an Injunction ordering defendants Wellpath, John Doe

1. Plaintiff be sent back to prison soon he finish his court case so he can get his surgery.

2. Immediately have plaintiff receive his meds and ice

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO.___ OF ___ [JDC TEMPLATE]

1 | 3 Carry out without delay the treatment directed by such
2 | medical practitioner.
3 | C. Award compensatory damages in the following amounts:
4 | 1. ~~unspecified~~ unspecified damages jointly and severally against
5 | defendants City of Stockton, Ross and (John Doe 1-3)
6 | for the physical and emotional injuries sustained as a
7 | result of the plaintiff's beating.
8 | 2. Unspecified damages jointly and severally against defend-
9 | ants Wellpath and John Doe for the physical and emotional
10 | injury resulting from their failure to provide adequate medical
11 | care to the plaintiff.
12 | E. Award punitive damages in the following amounts:
13 | 1 unspecified damage against City of Stockton, Ross and
14 | John Doe 1-3;
15 | 2. unspecified damage against Wellpath and John Doe

17 | F. Grant such other reliefs as it may appear that plaintiff
18 | is entitled.

20 | Date 4/26/21
21 | Respectfully Submitted,
22 | KIFA Muhammad A.K.A. Marcus Johnson ATV225
23 | 5325 Broder Blvd
24 | Dublin, CA 94568

TITLE OF DOCUMENT:_____ CASE NO.: _____

PAGE NO. ___ OF ___   [JDC TEMPLATE]