UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEAN ROSS, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-00776-CKD P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　On August 6, 2021, the court screened plaintiff's complaint and gave him the option of proceeding on the Fourth Amendment excessive force claim against Stockton Police Officer Sean Ross or of filing an amended complaint.  Plaintiff filed the required notice of election indicating his desire to proceed on the Fourth Amendment claim and to voluntarily dismiss the remaining claims and defendants.  Therefore, the court will order that plaintiff provide information to the court so that defendant Sean Ross can be served with process.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　1. Service is appropriate for defendant Sean Ross.

　　　2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an

1

instruction sheet and a copy of the complaint.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form; and

        d. Two copies of the complaint.

    4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: August 19, 2021

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/muha0776.1.county.docx

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>          Plaintiff,<br><br>     v.<br><br>SEAN ROSS, et al.,<br><br>          Defendants. | No.  2:21-cv-00776-CKD<br><br>NOTICE OF SUBMISSION OF DOCUMENTS |

Plaintiff submits the following documents in compliance with the court's order filed _____:

\_\_\_\_          completed summons form

\_\_\_\_          completed USM-285 forms

\_\_\_\_          copies of the _____
                                        Complaint

DATED:

_____
Plaintiff

1