UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>    Plaintiff,<br><br>    v.<br><br>SEAN ROSS, et al.,<br><br>    Defendants. | No. 2:21-cv-00776-CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis in this federal civil rights action filed pursuant to 42 U.S.C. § 1983. On December 6, 2021, this matter was referred to the post-screening ADR pilot project and was stayed for 120 days. ECF No. 24. The court subsequently determined that a settlement conference in this matter would not be productive. ECF No. 29. As a result, the stay of this action is lifted. Defendants shall file a responsive pleading within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

/////

/////

1

Dated:  May 9, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/muha0776.no.settle.docx