UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEAN ROSS, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-00776-CKD P<br><br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file an opposition to defendants' motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's request for an extension of time is granted; and

　　　2. Plaintiff is granted 45 days from the date of this order in which to file and serve an opposition to defendants' motion for summary judgment.  Failure to file an opposition within the time provided will result in a recommendation that this case be dismissed.

Dated:  March 23, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/muha0776.36(1)