UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>                    Plaintiff,<br><br>         v.<br><br>SEAN ROSS,<br><br>                    Defendant. | No.  2:21-cv-00776-KJM-CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2023, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, including the lodged video of the incident, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 28, 2023, are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 34) is granted; and

3. The Clerk of Court is directed to enter judgment for defendant and close this case.

DATED: October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE